IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH HINES,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 07-1120** |
| **MICHAEL J. ASTRUE,** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY,** | : | |
| | : | |
| **Defendant.** | | |

### ORDER

**AND NOW**, this _____ day of June, 2008, upon consideration of the parties' cross-Motions for Summary Judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, and no objections having been filed, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation dated May 27, 2008, is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment is **DENIED**; and

3. The Defendant's Motion for Summary Judgment is **GRANTED**.

**BY THE COURT**:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**